JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PET HEAD, INC., a Delaware corporation; and KYARA MASCOLO, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>STONE AMERICA LICENSING, LLC dba M!KE LICENSING, a New Jersey limited liability company, and Does 1 through 10, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:12-CV-5440-SVW-FMO<br><br>**ORDER RE: STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |

The Court having considered the Request for Dismissal and for good cause shown, it is hereby ORDERED that this action is dismissed with prejudice. Each party shall bear their respective attorneys' fees and costs.

DATED: February 11, 2013

_____
The Hon. Stephen V. Wilson
U.S. District Court Judge

ORDER RE: STIPULATION TO DISMISS
COMPLAINT WITH PREJUDICE